IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT STEVEN MCMINN, JR.,

        Petitioner,                    ORDER

    v.                                   08-cv-09-jcs

CIRCUIT COURT BRANCH I, DOUGLAS COUNTY,
MICHAEL T. LUCCI d/b/a Judge and JOAN OSTY d/b/a
Clerk of Court,

        Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Because Judge Shabaz will be convalescing from shoulder surgery for a period of not less than sixty days beginning February 1, 2008, I have assumed administration of the cases previously assigned to him, including this one.

    Petitioner was to submit his filing fee or an affidavit of indigency not later than January 28, 2008. He has submitted neither and his case will be dismissed for failure to prosecute.

ORDER

IT IS ORDERED that the above entitled matter is DISMISSED without prejudice.

Entered this 5th day of February, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge